COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| MEGAN FRANCINE BEJARANO, | § | No. 08-25-00132-CV |
| Appellant, | § | Appeal from the |
| v. | § | 65th District Court |
| SHEYENNE ANTOINETTE CLARK, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2025DCM1353) |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3(c).

On April 28, 2025, the Clerk of this Court sent Megan Francine Bejarano a letter requesting payment of the required filing fee.[1] *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified her that the appeal would be subject to dismissal on or after May 8, 2025, if she failed to pay the filing fee or failed to show an excuse from payment. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

---

[1] In addition to the filing fee, the Clerk requested a docketing statement by separate letter. Tex. R. App. P. 32. No docketing statement has been received.

As of this date, Bejarano has not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

LISA J. SOTO, Justice

May 14, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.